| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Christopher Rawsthorne<br>Special Agent: Adam Christensen | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Gerald James Corrow III

Case No. Case: 2:22-mj-30344
Assigned To: Unassigned
Assign Date: 8/16/2022
USA V. CORROW (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 3, 2022 through August 12, 2022__ in the county of __Wayne and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 2251(a) and (e) | Producing and attempting to produce child pornography |
| 18 USC §§ 2252A(a)(2) and 2252A(a)(5)(B) | Receipt, distribution, and possession of child pornography |
| 18 USC § 2422(b) | Coercion and enticement of a minor to engage in unlawful sexual activity |
| 18 USC § 1470 | Transfer of obscene material to a minor |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Adam Christensen, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 16, 2022

_Judge's signature_

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Adam Christensen, having been first duly sworn, do hereby depose and state as follows:

### I.     INTRODUCTION

1.     I have been employed as a Special Agent of the FBI since 2010, and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation, and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252A, and 2422 and I am authorized by the Attorney General to request an arrest warrant.

2.     This affidavit is made in support of an application for a criminal complaint and arrest warrant for Gerald James Corrow III for violations of 18 U.S.C. §§ 2251 (a) and (e) (production or attempt to produce child pornography), 2252A(a)(2)(A) (receipt and distribution of child pornography), 2252A(a)(5)(B) (possession of child pornography), 2422(b) (coercion and enticement of a minor), and

1

1470 (transfer of obscene material to a minor).

3. The statements contained in this affidavit are based in part on: written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by law enforcement officers/analysts and computer forensic professionals; and my experience, training and background as a Special Agent (SA) with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Corrow has violated Title 18 U.S.C. §§ 2251 (a) and (e), 2252A(a)(2)(A), 2252A(a)(5)(B), 2422(b), and 1470.

## II. PROBABLE CAUSE

4. On June 25, 2022, the Phoenix Police Department responded to a complaint called in by the mother of two minor females (hereafter referred to as respectively as the complainant, or CT, minor victim 1, or MV1, and minor victim 2, or MV2) who reside in Phoenix, Arizona. The CT had found an old smartphone in her cabinet that had recently been turned on. When she reviewed the smartphone, she found the smartphone application Snapchat[1] installed on it. This application

---

[1]Snapchat is a mobile application based out of the United States, which allows users to set up an account, where they can share "snaps," direct messages, or "stories" with other users. Originally, Snapchat focused on "snaps," which are images or video clips that are sent by one user and only available to be viewed by the recipient for a short period of time. Snapchat now includes the option to

2

contained messages with multiple users that were sexual in nature. CT asked her oldest daughter, MV1, who is nine years old, about the Snapchat messages and MV1 told her that she had participated in the sexually explicit conversations and had sent nude images of herself to multiple unknown individuals.

5. On June 30, 2022, Detective Yana Normandin of the Phoenix Police Department forensically interviewed MV1 regarding the conversations found on the smartphone. MV1 stated that she had initially gotten an account on the smartphone application Wink[2] and had connected that Wink account to a Snapchat account which she also created on the phone. During the course of the creation of the account on Wink, MV1 had put in that she was 13 years old. After creating the accounts, MV1 immediately began to receive requests to send nude images of herself. MV1 sent nude of images of herself to approximately ten users from Wink.

6. MV1 stated that one of these users, who she only knew as Jerry, began to threaten her. Jerry had asked if MV1 had sisters and she told him that she had two sisters, including MV2 who is six years old. Jerry threatened MV1 to post the nude images she had sent to him to social media platforms unless she sent him nude images of MV2. MV1 had MV2 undress and took a nude picture of her body without her face

---

save received content, direct messages, and even store media in a private storage area.
[2] Wink is a mobile application based out of the United States, which allows users to set up an account including their interest and photos. The user can then look through other users' profiles and swipe left or right on whether they would like to be friends with the profile, similar to the adult dating application Tinder. Wink however, claims to be only for friends and states that the user must be 13 to 17 years old to use the application. There is a chat function within the Wink application, but you can link to Snapchat to add your new friends as well.

and sent it to Jerry. MV1 refused to provide any more nude images of MV2 because it was wrong.

7. Det. Normandin previewed the phone used by MV1 to communicate on Wink and Snapchat. She located a Snapchat account used with display name of Jerry and username of jer_beballin**. MV1's Snapchat username was also determined. Most of the messages between the account were no longer available, but there was a message from Jerry to MV1 of the nude image of MV2 with MV1's Snapchat username added to the image.

8. On July 1, 2022, a search warrant was served on Snapchat for the identified account of MV1 and of Jerry with username jer_beballin**.[3] On July 11, 2022, Snapchat returned information for the two accounts. The subscriber information for the Snapchat account jer_beballin** showed the display name as Jerry and had an associated email address of corrowjerry**@gmail.com. The IP address 24.192.22.190 was used to log in to the account between May 28, 2022 and June 27, 2022. The images provided associated with the account jer_beballin** showed a white male. The nude image of MV2 with MV1's username put on it that jer_beballin** had sent to MV1 was found in the search warrant return for both jer_beballin** and for MV1's Snapchat account.

9. Open source information showed that the IP address 24.192.22.190 is

---

[3] Here, and elsewhere, asterisks are used in place of full names or other identifying information to limit

owned by Wide Open West. A search warrant for subscriber information was served on Wide Open West on July 12, 2022. On July 21, 2022, Wide Open West returned information which showed that subscriber was L*** Corrow at an address in Garden City, Michigan 48135. Open source information showed that L*** Corrow has a 19 year old son named **Gerald James Corrow III**, date of birth XX/XX/2003 who resides at the above-referenced address. The images returned in the search warrant return for the Snapchat account of jer_beballin** of the white male matched the person depicted in the Michigan driver's license for **Gerald James Corrow III**.

10. On August 11, 2022, the subscriber information for the Gmail account associated with the Snapchat account jer_beballin**, corrowjerry**@gmail, was subpoenaed from Google. On August 11, 2022, Google responded with information which showed the subscriber was Jerry Corrow. The IP address discussed above associated with the Garden City residence, 24.192.22.190 was found to have logged into the account from April 26, 2022 to August 11, 2022.

11. On August 1, 2022, I received that search warrant return for the Snapchat account jer_beballin** from Det. Normandin. I confirmed that it contained the image of MV2 sent by jer_beballin** to MV1, which shows a prepubescent female nude from the shoulders to her shins with her pants pulled down to her ankles while standing on her bed and her vagina is the center of the image, which meets the Federal

exposure of personal information.

5

definition of child pornography. The username of MV1 is in a yellow box in black text displayed over the knees of MV2. I also confirmed that there were many images of a white male which matches the individual shown in the Michigan driver's license photograph of Gerald James Corrow III.

12. A review of the messages sent and received from the Snapchat account jer_beballin** showed a consistent pattern where the user would talk to females in an attempt to obtain nude images of them through the game of Truth or Dare. Most of his conversation partners appear to be minors based on the context of the conversations, i.e., two specifically stated that they were 12 and 13 years old respectively and all but one of those that provided the age of their siblings stated their siblings were between 1 and 15 years old. Once the user of jer_beballin11 obtained an image that was potentially compromising, he would threaten to post the image on social media unless the victim complied with his demands. He would typically ask if the victim had brothers and if they did, he would demand that they perform fellatio on their brother. For example, the following is an excerpt of a conversation jer_beballin11 had with another minor victim (referred to as MV-3) on July 1, 2022:

- jer_beballin**:    Send me a video of you sucking someone's dick
- MV-3:    I've never sucked dick
- jer_beballin**:    Do you have any brothers
- MV-3:    Yes

6

- jer_beballin**:     How old are they

- MV-3:     15 and 10

- jer_beballin**:     I dare you to suck your 10 year old brothers dick on video

- jer_beballin**:     And send it to me

- MV-3:     Yea no

- jer_beballin**:     Why

- jer_beballin**:     I'll post it

- jer_beballin**:     Unless u do what I say

- MV-3:     This don't even think he'd let me dumbass

- jer_beballin**:     So ask

- jer_beballin**:     [Sent an image]

- jer_beballin**:     Or I'll post this

I reviewed the image sent by jer_beballin** to this particular victim on July 1, 2022. The image was a bare buttocks of an apparent minor taken in the mirror of a bathroom. The buttock takes up the upper half of the image and the Snapchat username of the victim is placed on the bottom third of the image in a yellow box with black text, similar to that seen in the image of MV2.

13. Many of the victims that were threatened by the user of Snapchat account jer_beballin11 did not comply with the demands of the user, but some of

them did. For instance, in a conversation with another victim (MV-4) on June 9, 2022, after he finds out that MV-4 lives with her adopted parents, jer_beballin** asked MV-4 to send a video of her dog "licking your pussy" and she refused. He then says you'll regret it and sends an image of a potential pubescent minor female with her breasts exposed and says that he will post the image and tag the victim in them. MV-4 says she can't because it would set off an alarm and the user of jer_beballin** tells her to send a video of her shaking her "bare ass" and then tells her to send a video of "you sticking something in your asshole". He directs her to use a brush handle. After MV-4 says, "It's 12 in the morning for me I think I'm gonna go to bed," the user of jer_beballin** tells her she is not and demands that she "Send more of you sticking stuff in your butt". MV-4 asks if she can use the pin in her "pussy" and he replies with, "No in your asshole". He then states, "Do it more; And faster." Later after she again asks if she can go to bed, he demands, "Show me something bigger than that; Something that will fit your pussy; But just barely; Hurry up". MV-4 asks, "What if I put both of those in my pussy", to which the user of jer_beballin** responds, "Fuck ya; Use both". He then demands, "Stick one in your asshole and one in your pussy". MV-4 asks, "Wouldn't that hurt" and he replies, "No; It would feel good." The then asks, "Just do it; Please" to which MV-4 responds, "I'll do it because you said please," and then asks to go to bed again and he accedes. The videos and images described in this conversation

were not included in the search warrant return, however, based on the conversation it appears that the images and videos described were sent to jer_beballin** and would meet the Federal definition of child pornography.

14. Based in part on the information provided above a search warrant was authorized in the Eastern District of Michigan for Corrow's residence on August 12, 2022. The warrant was executed by the FBI on August 16, 2022. Gerald James Corrow III was present at the residence. A OnePlus cellular telephone, model DE2118 was found in the bedroom that Corrow was observed exiting from during entry to the house. On that telephone was found the smartphone application Snapchat which was signed in to the Snapchat account with username jer_beballin**. A preview of the images on the phone revealed no apparent child pornography, however the same images of the white male identifiable as Corrow as that found in the Snapchat search warrant return were found on the phone.

15. Corrow was arrested based on probable cause and transported to the PV McNamara Federal Building. There, Corrow was read his Miranda rights, waived them voluntarily, and agreed to be interviewed. Corrow stated that the Snapchat account jer_beballin** was his account and that his email address was corrowjerry**@gmail.com. Corrow admitted to meeting minor girls on the smartphone application Wink and then chatting with them on Snapchat. On

Snapchat he would encourage them to send nude images of themselves. Once he had those images, he would threaten to post them on social media sites by sending the photo back with their username superimposed on the image. Corrow admitted that he did this for the control he was able to exert over the minor girls and would masturbate due to his control. Corrow later stated that he had been doing this for approximately 4-5 months and had obtained nude images and threatened approximately 27 minors. He would make them insert fingers and hairbrushes into their vaginas and have them engage in sexual acts with family members if they had family members nearby. One instance of this was a thirteen year old girl that Corrow got to send a video of herself engaged in sex with her eleven year old brother. Corrow also admitted that he asked some of the minor girls to have pets engage in sexual acts, and was successful in one instance having a minor girl send a video of her pet dog licking her vagina.

## CONCLUSION

16. Based on the foregoing, there is probable cause to believe that Gerald James Corrow III has produced and attempted to produce child pornography in violation of Title 18 U.S.C. § 2251 (a) and (e), received child pornography, in violation of Title 18 U.S.C. § 2252A(a)(2)(A), possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), coerced and enticed a minor, in violation of Title 18 U.S.C. § 2422(b) and transferred obscene material to a minor, in violation of Title 18 U.S.C. § 1470.

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: August 16, 2022